No. A–370. WHITCOMB, GOVERNOR OF INDIANA, ET AL. *v.* COMMUNIST PARTY OF INDIANA ET AL. D. C. N. D. Ind. Motion of applicants for emergency stay presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied as moot. Cross motion of Communist

---

*See *Davis* v. *Adams,* 400 U. S. 1203.

Party of Indiana et al. to petition for mandate to enforce prior order of United States District Court also denied. MR. JUSTICE DOUGLAS would treat motion of Communist Party of Indiana et al. as jurisdictional statement and postpone question of jurisdiction to hearing of case on the merits.